NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DUANE J. GRAPPERHAUS,**
*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent*

---

2024-1415

---

Petition for review of the Merit Systems Protection Board in No. CH-831M-18-0470-I-1.

-------------------------------------------------

**DUANE J. GRAPPERHAUS,**
*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent*

---

2024-1417, 2024-1418

---

Petitions for review of the Merit Systems Protection Board in Nos. CH-0831-19-0038-I-1 and CH-0831-19-0039-I-1.

---

# O R D E R

Upon consideration of this court's April 24, 2024 order providing that "[w]ithin 30 days from the date of entry of this order, [Duane J.] Grapperhaus is directed to pay the filing fee for each of his petitions, otherwise the petitions shall be dismissed for failure to prosecute," ECF No. 16 at 3, and Mr. Grapperhaus's payment of the fee for Appeal No. 2024-1415 but not Appeal Nos. 2024-1417 and 2024-1418,

IT IS ORDERED THAT:

(1) Appeal Nos. 2024-1417 and 2024-1418 are deconsolidated from Appeal No. 2024-1415, and Appeal Nos. 2024-1417 and 2024-1418 are dismissed for failure to prosecute. Fed. Cir. R. 52(d). Each party shall bear its own costs for these appeals.

(2) The official captions are revised as reflected in this order.

(3) The opening brief for Appeal No. 2024-1415 is due no later than 60 days from the date of entry of this order.

FOR THE COURT

July 22, 2024
Date

Jarrett B. Perlow
Clerk of Court